*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                   WAIVER OF INDICTMENT
        - v. -                   :
                                   10 CRIM (AKH) 435
MARILYN JOHN,                    :

              Defendant.         :
- - - - - - - - - - - - - - - - - x

       MARILYN JOHN, the defendant, who is accused of violating Title 18, United States Code, Sections 666, 1349, and 2, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        May 20, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/10